**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 22-cr-198 (JEB)** |
| | : | |
| **v.** | : | **18 U.S.C. § 111(a)(1) and (b)** |
| | : | **(Assaulting, Resisting, and Impeding** |
| **RODNEY KENNETH MILSTREED,** | : | **Certain Officers Using a Dangerous** |
| | : | **Weapon)** |
| **Defendant.** | : | **18 U.S.C. § 113(a)(4)** |
| | : | **(Assault by Striking, Beating, and** |
| | : | **Wounding)** |
| | : | **26 U.S.C. § 5861(d)** |
| | : | **(Receipt and Possession of an Unregistered** |
| | : | **Firearm)** |
| | : | **26 U.S.C. § 5872 and 28 U.S.C. § 2461(c)** |
| | : | **(Firearms Forfeiture Allegation)** |

**I N F O R M A T I O N**

The United States Attorney charges that at all relevant times:

**COUNT ONE**

On or about January 6, 2021, within the District of Columbia, **RODNEY KENNETH MILSTREED,** using a deadly and dangerous weapon, that is, a wooden club, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **RODNEY KENNETH MILSTREED**, at a place within the territorial jurisdiction of the United States, namely the United States Capitol Grounds, on land acquired for the use of the United States and under its exclusive jurisdiction, did commit an assault of an individual with initials J.M. by striking, beating, and wounding J.M.

(**Assault by Striking, Beating, and Wounding within the Territorial Jurisdiction of the United States**, in violation of Title 18, United States Code, Section 113(a)(4))

## COUNT THREE

On or about May 24, 2022, within the District of Maryland, **RODNEY KENNETH MILSTREED** knowingly received and possessed a firearm, that is, a privately made .300 Blackout caliber rifle with a barrel of less than 16 inches in length, not registered to him in the National Firearms Registration and Transfer Record.

(**Receipt and Possession of an Unregistered Firearm**, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871)

## FORFEITURE ALLEGATION

1.      Upon conviction of the offense listed in Count Three of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to:

a.  Item # 2 - Unopened Ammo Box Labeled Wolf Military Classic

b.  Item # 3 - Upper Receiver for AR Style Weapon; No Bolt Carrier Group

c.  Item # 4 - Upper Receiver for AR Style Weapon with Bolt Carrier Group

d.  Item # 4a - AR Style Weapon Scope Attached to Item # 4

e.  Item # 4b - Suppressor Attached to Item #4

f.  Item # 5 - Upper Receiver for AR Style Weapon; No Bolt Carrier Group

g.  Item # 5a - Optic Mounted to Item # 5

h.  Item # 5b - Suppressor Attached to Item # 5

i.  Item # 6 - AR Style Weapon Scope, Black In Color ; Bearing 4-16x50aoeg

j.  Item # 7 - Aluminum Type, Improvised Suppressor (Black in Color) With Inscription 'D2037963705'

k.  Item # 8 - AR Style Weapon; No Bolt Carrier Group

l.  Item # 8a - AR Style Weapon Scope 'Micro3x' Attached To Item #8

m.  Item # 8b - AR Style Weapon Scope 'Strikeforce' Attached To Item #8

n.  Item # 9 - Lower Receiver, Black in Color, for AR Style Weapon

o.  Item # 10 - Lower Receiver for AR Style Weapon, Black in Color, with Coating, Silver in Color

p.  Item # 11 - Buffer Spring, Black in Color

q.  Item # 12 - Upper Receiver for AR Style Weapon, No Bolt Carrier Group

r.  Item # 13 - Unopened Box Labeled "Federal Ammunition .223 X 1000"

s.  Item # 14 - Remington Box Containing an Empty Magazine, 4 Shell Casings, 2 Live Rounds

t.  Item # 15 - Opened Ammo Box Labeled "UMC Bulk Pack" Containing Approximately (471) .223 Rounds

u.  Item # 16 - Box Containing (19) X 223. Rounds (20 Boxes), X 1 Winchester 556 (20 Rd Box)

v.  Item # 17 - Metal Ammo Box Partially Opened Containing Boxes of "Wolf Military Classic .223 Rounds.

w.  Item # 19 - Buffer Spring, Black in Color

x.  Item # 21 - 11 Magazines Total: 9 X 5.56, 2 X 7.62, 7 X 30 Round Capacity, (1) Empty, (1) With (2) Rounds, (3) With 30 Rounds, (2) With 31 Rounds, 2 40 Round Capacity, (1) With 10 Rounds, (1) With 11 Rounds, Additional 3 Loose Rounds.

2.      Upon conviction of the offense alleged in Count Three, **RODNEY KENNETH MILSTREED** shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to: the privately made .300 Blackout caliber rifle with a barrel of less than 16 inches in length with an upper receiver manufactured by Aero Precision and a lower receiver with a manufacturer that cannot be determined, located on May 24, 2022, on a workbench in the defendant's residence.

3.      If any of the property described above, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be divided without difficulty,

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:

EMILY W. ALLEN, Cal. Bar No. 234961
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(907) 271-4724