# EXHIBIT A

Hello Your Honor,

First I would like to thank you for affording me the time to read my letter and the letters of others on my behalf. So is what brought me to D.C. on January 6, 2021 is because I Love my country and I throught I was going to participate in a rally/Protest. I had no idea what was about to happen would change my life forever.

I so deeply regret my lack of judgement and fully understand the wrongfulness of my actions, conduct and agree that it was unlawful. I also have a better understanding of the gravidy of situation and the potenial concerns of my behavior. This understanding goe's back to my text messages; I will reframe from any kind of hateful or threatening text messaging in the future. I realize if one has concerns or grievences with the goverment, there are peaceful and appropriate ways to express them.

I have learned from my mistakes. After my time of being incarcerated, I will leave here a better and smarter person, citizen and a better American. I know I have some ducks to get in a row and I plan to focus on them when I return to society.

Your honor again I want to appoligize for my criminal activity and remind you I understand the wrongfulness of my conduct. I will not engage in similure ways in the future I give you, the courts the prosecutor, law enforcement and the community my word that this or anything of the kind will not happen again.

Thanks for your time
My Regards

*Rodney Milstead*